IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:23cr175-MHT
                            )           (WO)
FRANK DAVID SMITH           )
```

ORDER

This case is before the court on defendant Frank David Smith's petition for early termination of supervised release, which is unopposed. Based on Smith's completion of over seven-and-half years of his ten-year term of supervision, the supervising probation officer's assessment that Smith has been compliant with all terms of supervision, Smith's record of employment, and the lack of opposition to the petition from his probation officer and the government, it is ORDERED that:

(1) The petition (Doc. 12) is granted.

(2) Defendant Frank David Smith's term of supervised release is terminated, effective immediately, and he is discharged.

DONE, this the 14th day of November, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE